# EXHIBIT 1

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


FRANCIS & CANDICE          )
HOWLEY, H/W,               )
                           )
           Plaintiffs,     ) CASE NO. 09-241
                           )
vs.                        )
                           )
EXPERIAN INFORMATION       )
SOLUTIONS, INC.,           )
                           )
           Defendant.      )
                           )


        VIDEOTAPED DEPOSITION OF DAVID BROWNE,
taken on behalf of Plaintiffs, at 3161 Michelson, Suite
800, Irvine, California, at 11:00 a.m., Wednesday,
September 16, 2009, before Shirley A. Riga, RPR, CSR
No. 13347, a Certified Shorthand Reporter within and
for the State of California, and Paula A. Rolstad,
C.S.R. No. 6909, a Certified Shorthand Reporter, within
and for the State of California, pursuant to Notice.


        SUMMIT COURT REPORTING, INC.
   Certified Court Reporters and Videographers
        1500 Walnut Street, Suite 1610
        Philadelphia, Pennsylvania 19102
   424 Fleming Pike, Hammonton, New Jersey 08037
   (215) 985-2400 * (609) 567-3315 * (800) 447-8648
              www.summitreporting.com

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 5

1              COURT REPORTER:  Yes.  Mr. Browne, if you

2     could raise your right hand, please.  Do you solemnly

3     swear the testimony you are about to give will be the

4     truth, the whole truth, and nothing but the truth, so

5     help you God?

6              THE WITNESS:  I do.

7              COURT REPORTER:  Thank you.

8              MR. SOUMILAS:  Good morning.

9              VIDEOGRAPHER:  You may proceed.

10             THE WITNESS:  Good morning.

11    BY MR. SOUMILAS:

12         Q    Good morning again, Mr. Browne.

13         A    Good morning.

14         Q    We met a moment ago off the record.  My name

15    is John Soumilas and I represent the Howley's in this

16    lawsuit against Experian.  Would you please state your

17    full name and employer for the record, please?

18         A    Yes, my name is David Browne.  I am employed

19    by Experian.

20         Q    What is your title, sir?

21         A    I am a compliance manager with Experian.

22         Q    How long have you held that position?

23         A    I don't know.  Roughly, I would say maybe

24    ten, twelve years.  It's been many years.

25         Q    What have been your basic duties and

Page 6

1   responsibilities in that time period?

2        A    Basically to insure that or help insure

3   because I am only one of a number of people with this

4   role, that Experian follows federal and state laws with

5   regard to credit reporting and also that we meet

6   Experian's requirements for quality and accuracy in

7   credit reports.

8        Q    You understand that today you are being

9   produced by Experian's attorney as a corporate

10  representative to speak on behalf of Experian in this

11  matter, correct?

12       A    Yes.

13       Q    So your testimony is not based solely on your

14  personal knowledge but on what you learned about this

15  case so that you could speak for the company.  Do you

16  understand that?

17       A    Yes.

18       Q    And that is a function that you have

19  performed before for Experian, correct?

20       A    Yes.

21       Q    Have you spoken with anyone other than your

22  attorneys in preparing for this case?

23       A    Not that I can remember.

24       Q    Have you reviewed any documents in preparing

25  for this case?

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 67

1      Q     That's the name of the game.  If you're going

2   to sell credit data, everybody wants accurate data.

3      A     That's very important.

4      Q     Okay.  Would you also agree with me that

5   another very important compliance goal is privacy?

6      A     Yes.

7      Q     And that Experian has a responsibility to

8   safe keep the consumer information that it gathers.

9      A     Yes.

10     Q     You told me earlier, for example, that

11  Experian would not allow just anybody off the street to

12  come and access credit reports, correct?

13     A     Yes.

14     Q     And it takes measures to assure that the

15  information about a consumer is not disclosed to any

16  third party who doesn't have a legitimate business

17  reason for that information.

18     A     That's correct.

19     Q     And You also told me that another goal or

20  standard in your industry is whenever possible, there

21  should be one credit report for every one consumer,

22  correct?

23     A     Yes.

24     Q     But you told me that there are instances

25  where one or more credit reports -- that's not a good

Page 68

1    question -- two or more, two or three or more credit

2    reports merge into one, correct?

3         A    There are times when the credit information

4    for two individuals end up by being displayed on a

5    single report.

6         Q    That's the phenomenon of a mixed file,

7    correct?

8         A    Yes.

9         Q    You've known about that and testified about

10   that on numerous occasions?

11        A    I have testified previously about that.

12        Q    And Experian has known about mixed files for

13   as long as its been in business?

14             MS. BOYLAN CLARK:  Objection.

15             THE WITNESS:  I don't know about that.  I

16   wasn't working for the company when it started.

17   BY MR. SOUMILAS:

18        Q    You were not working for Experian when it

19   started?

20        A    No.  For -- are you talking about -- you said

21   the company.  Maybe I should ask you to be more

22   specific.  Which company?

23        Q    Sure.  As long as Experian has been in the

24   credit reporting business for the last twelve or

25   thirteen years, it has known about mixed files.

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 69

1       A     Yes.

2       Q     Okay.  Would you agree with me that one of

3  the measures of accuracy is to have on a credit report

4  only information that relates to that consumer about

5  whom the report is being sold?

6       A     Yes.

7       Q     So when someone is looking for your credit

8  report at a bank, it should not have my information on

9  it.  You would agree with that?

10      A     Yes.

11      Q     By definition, if it has somebody else's

12 information on your report, that information is not

13 accurate as to you?

14      A     That's correct.

15      Q     So when there are mixed files, the

16 information is by definition inaccurate?

17      A     Yes.

18      Q     As to both consumers?

19      A     Yes.

20      Q     And by both, I mean the scenario where there

21 are two consumers.

22      A     Well, it's inaccurate if the credit report

23 was pulled for each consumer and it showed the

24 information for -- on party A's credit report or the

25 credit report was pulled for them but it showed party

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 135

1    the judge made that ruling.

2           MS. BOYLAN CLARK:  Okay.  John, this is going nowhere.

3    He is not an attorney.

4           If you want to know about court orders, you can

5    do a Lexis or a Westlaw search.  But he's not designated

6    on this topic.  And we are not going to let it go much

7    further.  Okay?

8           MR. SOUMILAS:  Okay.  I'm just asking.

9           THE WITNESS:  I'm unfamiliar with how a judge

10   would -- might come to make an order like that.

11   BY MR. SOUMILAS:

12      Q    Going back to the TRW days when you worked

13   for TRW -- strike that.

14          Would you agree with me that Experian knows

15   that mixed files can be harmful to a consumer who has

16   another consumer's information mixed into their file?

17          MS. BOYLAN CLARK:  Objection.

18          THE WITNESS:  Yes, there are times when it can

19   be harmful.

20   BY MR. SOUMILAS:

21      Q    Would you agree with that Experian knows that

22   it should to the extent possible avoid mixed files?

23      A    Yes.

24      Q    Should Experian try to prevent mixed files?

25      A    Yes.

# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


FRANCIS & CANDICE HOWLEY, H/W, )
                               )
          Plaintiffs,          )
                               )
     v.                        )   No. 09-241
                               )
EXPERIAN INFORMATION SOLUTIONS,)
INC.                           )
                               )
          Defendant.           )
_____   )



VOLUME I



DEPOSITION OF KATHLEEN CENTANNI,

taken on behalf of the Plaintiffs, at 555 South

Flower Street, 50th Floor, Los Angeles, California,

commencing at 11:00 a.m., Tuesday, August 10, 2010

before Salvador Gutierrez, Certified Shorthand

Reporter No. 9825.


SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

Page 4

1        LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 10, 2010

2                          11:00 a.m.

3

4

5                     (KATHLEEN CENTANNI,

6              deponent, was sworn and examined

7                 and testified as follows:)

8

9        DEPOSITION OFFICER:  Do you solemnly state the

10   testimony you are about to give in this deposition shall

11   be the truth, the whole truth, and nothing but the

12   truth?

13        MS. CENTANNI:  I do.

14

15                      EXAMINATION

16   BY MR. SOUMILAS:

17      Q    Good morning, Ms. Centanni.

18           My name is John Soumilas.  I represent Fran

19   and Candy Howley in a lawsuit that they've brought

20   against Experian, and through the agreement of

21   Experian's counsel, I'm here today by telephone to

22   take your deposition in this matter, and that's

23   because you provided an expert report in this case.

24           Do you understand that, ma'am?

25      A    Yes, sir.

Page 5

1      Q     Now, Ms. Centanni, I understand that you have

2   given depositions before on behalf of Experian; is that

3   right?

4      A     Yes, sir.

5      Q     Would you say that you've given more than 50

6   depositions in your career on behalf of Experian?

7      A     I don't think that I've given 50.  I'd say less

8   than 50.

9      Q     Do you know the exact number, ma'am?

10     A     Not the exact number, no.

11     Q     All right.

12           I understand that in this case you are

13   testifying as a person that Experian has put forward as

14   an expert.

15           Have you ever given depositions in an expert

16   capacity?

17     A     Yes, sir.

18     Q     And how many of those would you say?

19     A     I don't have an exact number.  I would say ten

20   or less.

21           MR. MORGAN:  John, let me just interject here

22   that my name is Mike Morgan here representing Experian

23   Information Solutions, Inc. with the firm of Jones Day.

24           MR. SOUMILAS:  You want to say anything else,

25   Mike, or just introduce yourself?

Page 6

1          MR. MORGAN:  Well, ordinarily, we state our

2    appearances at the beginning of the deposition.  We sort

3    of skipped that step.  I thought it was appropriate to

4    make that comment on the record.

5          MR. SOUMILAS:  Okay.  Very well, thank you.

6      Q    Ms. Centanni, the other depositions that you

7    have given on behalf of Experian, were those in the

8    capacity of a corporate representative for Experian?

9          MR. MORGAN:  Objection.  Compound.

10         THE WITNESS:  Yes, sir, they were.

11     Q    BY MR. SOUMILAS:  Now, I have made available

12   for you and your attorney today, ma'am, certain

13   documents that we may refer to, and I understand you

14   have that documentation available to you?

15     A    Yes, I do.

16     Q    Do you have a document at the top of the pile

17   which is pre-marked as "Centanni 1," which reads,

18   "Expert report of Kathleen M. Centanni"?

19     A    Yes, I do.

20     Q    And that is your expert report in the Howley

21   matter, ma'am?

22     A    Give me a second, please.

23     Q    Yes.

24     A    Yes, sir, it is.

25     Q    And just so that the record is clear, since I'm

Page 31

1              MR. MORGAN:  Objection.  Calls for a legal

2       conclusion, vague.

3              THE WITNESS:  I'm not sure what -- I still

4       understand what you mean by "specialized."

5          Q    BY MR. SOUMILAS:  Let me just put it more

6       simply.

7              Do you think you have specialized knowledge in

8       the field of credit reporting?

9              MR. MORGAN:  Same objections.

10             THE WITNESS:  I guess I would have to say the

11      same thing:  I'm not sure what you mean by

12      "specialized."  I have many years of experience at

13      Experian.

14         Q    BY MR. SOUMILAS:  All right.

15             Does your experience include information about

16      procedures to avoid and correct mixed files?

17         A    Yes.

18         Q    Do you know what mixed files are at Experian?

19         A    Yes, I do.

20         Q    Does your Experian -- experience, excuse me,

21      include information about the causes of identity theft

22      or credit fraud?

23         A    Yes, sir.

24         Q    Could you distinguish, based on your

25      experience, whether we're looking simply at a mistake in

Howley v. Experian Information Solutions, Inc.          KATHLEEN M. CENTANNI, 8/16/10

Page 96

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


FRANCIS & CANDICE HOWLEY, H/W,      )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 ) Civil Action No. 09-241
                                    )
EXPERIAN INFORMATION SOLUTIONS,     )
INC.,                               )
                                    )
        Defendant.                  )
_____)




                Videotaped Deposition of

        KATHLEEN M. CENTANNI, taken on behalf

        of the Plaintiffs, at 3161 Michelson

        Drive, Irvine, California, commencing

        at 10:09 a.m., on Monday, August 16,

        2010, before Tami L. Le, CSR No. 8716,

        RPR.

                SUMMIT COURT REPORTING, INC.
        Certified Court Reporters and Videographers
            1500 Walnut Street, Suite 1610
            Philadelphia, Pennsylvania 19102
        424 Fleming Pike, Hammonton, New Jersey 08037
    (215) 985-2400 * (609) 567-3315 * (800) 447-8648
                www.summitreporting.com

Page 203

1      Q     Do you believe that he's knowledgeable about

2    mixed file procedures at Experian?

3      A     Yes, I do.

4      Q     Do you believe that Experian should prevent the

5    mixing of the files of two different consumers?

6            MR. MORGAN:  Objection; vague, incomplete

7    hypothetical.

8            THE DEPONENT:  Yes, sir, I do.

9      Q     BY MR. SOUMILAS:  Do you believe that Experian

10   should avoid mixing the files of two different

11   consumers?

12           MR. MORGAN:  Objection; vague, incomplete

13   hypothetical.

14           THE DEPONENT:  Yes, sir.

15     Q     BY MR. SOUMILAS:  I'd like to place in front of

16   you a document that we've premarked as Centanni 2 for

17   purposes of this deposition, and I'll ask the court

18   reporter to give you that as well as a copy for your

19   attorney, please.

20     -       (Plaintiffs' Exhibit 2 was marked for

21        identification.)

22           (Document handed to counsel and the deponent.)

23           THE DEPONENT:  Yes, sir.

24     Q     BY MR. SOUMILAS:  Ms. Centanni, have you ever

25   seen this December 10, 1991 consent order between the

# EXHIBIT 3

1  Eric J. Hardeman (SBN 253489)
   ejhardeman@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA 92612
   Telephone: (949) 851-3939
4  Facsimile:  (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION
6  SOLUTIONS, INC.

7

8                UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11 KATHRYN L. MARTIN,                    Case No. SACV10-01705-JST
                                         (MLGx)
12           Plaintiff,
                                         **EXPERIAN'S INITIAL**
13     v.                                **DISCLOSURES PURSUANT TO**
                                         **F.R.C.P. 26(a)**
14 EXPERIAN INFORMATION
   SOLUTIONS, INC.,
15
16           Defendant.

17       **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

18       Pursuant to F.R.Civ.P. 26(a)(1), Defendant Experian Information Solutions,

19 Inc. ("Experian") makes the following disclosure of witnesses and documents based

20 on the information currently and reasonably available to Experian:

21       A.    Individuals Likely to Have Discoverable Information Supporting
               Experian's Defenses
22
23             1.    Plaintiff Kathryn Martin

24       Plaintiff Kathryn Martin has knowledge of the allegations and claimed

25 damages set forth in the Complaint.

26             2.    Teresa Iwanski
                     Experian Information Solutions, Inc.
27                   c/o JONES DAY
                     3161 Michelson Drive, Suite 800
28                   Irvine, California 92612
                     (949) 851-3939

IRI-17943v1

1       Ms. Iwanski has knowledge of Plaintiff's contacts with Experian, Plaintiff's

2  Experian consumer relations file and Experian's consumer assistance and

3  reinvestigation procedures.

4

5         3.     Kathy Centanni
                      Experian Information Solutions, Inc.

6                      c/o JONES DAY
                      3161 Michelson Drive, Suite 800

7                      Irvine, California 92612
                      (949) 851-3939

8

9      Kathy Centanni has knowledge of Experian's credit reporting systems and

   procedures.

10

11        4.     Any credit grantor who Plaintiff alleges denied him credit or
                  otherwise injured Plaintiff purportedly due to information

12                  received information as to Plaintiff's credit applications, credit
                  history, credit reports, and the reasons for denying credit.

13        5.     Any other individual with knowledge of Plaintiff's alleged
                  emotional distress damages.

14

15   B.    Documents Experian May Use to Support its Defenses

16      At present, Experian possesses the documents listed below, which relate to

17  Plaintiff's claims and Experian's possible defenses in this matter.  These documents

18  are maintained in Experian's offices in Allen, Texas, and are being produced with

19  these disclosures:

20        •  Experian Consumer File Disclosures for Plaintiff

21      In addition, Experian possesses the below-listed documents, which contain

22  confidential codes and other proprietary information specific to Plaintiff and/or

23  Plaintiff's creditors and credit history.  These documents are maintained in

24  Experian's offices in Allen, Texas.  Experian will produce these documents upon

25  the entry of an appropriate protective order:

26        •  Disclosure Log(s), illustrating disclosures of credit history to Plaintiff;

27        •  D/R Log Report(s), illustrating disputes related to Plaintiff's credit file

28           and Experian's responses thereto; and

IRI-17943v1

- Administrative Report(s) of Plaintiff.

C.     <u>Damages</u>

Experian does not allege any damages at this time but reserves the right to do so.  Further, Experian denies liability to Plaintiff for any damages.

D.     <u>Insurance</u>

Based on Experian's present insurance and applicable deductibles, no insurance carrier would be liable to satisfy part or all of any likely judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy any likely judgment.

Dated:  March 9, 2011                    Respectfully submitted,


                                         /s/ Eric J. Hardeman
                                         Eric J. Hardeman
                                         JONES DAY
                                         3161 Michelson Drive, Suite 800
                                         Irvine, CA  92612
                                         Telephone:  (949) 553-7545
                                         Facsimile:   (949) 553-7539

                                         *Attorneys for Defendant*
                                         *Experian Information Solutions, Inc.*

IRI-17943v1

- 3 -

# EXHIBIT 4

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (213) 243-2432
mgmorgan@jonesday.com

JP010499
026123-058275

August 12, 2010

**VIA E-MAIL**

John Soumilas, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Re: *Francis Howley and Candice Howley v. Experian Information Solutions, Inc.,*
*Case* No. 09-241

Dear John:

I am writing in response to your letter from yesterday regarding Ms. Centanni's deposition. As you have requested, we have rescheduled our other commitments and will proceed with the deposition on your requested date, Monday, August 16, 2010, starting at 10:00 a.m. PST. For the witness's convenience, we would like the deposition to proceed at Jones Day's offices in Irvine, which are located at 3161 Michelson Drive, Suite 800, Irvine, California 92612-4408. Since you are taking the deposition telephonically, we trust this will cause you no inconvenience.

Of course, we disagree with much of your letter, especially your suggestion that Ms. Centanni's deposition has been tainted and that plaintiffs have been prejudiced in some (unspecified) way by the scheduling of a further deposition session for Ms. Centanni. You will be free to ask additional questions on Monday, and I assure you that there has been — and will be — no improper communications with the witness in advance of that session.

Very truly yours,

*Michael Morgan/GS*

Michael G. Morgan

cc:    Gregory J. Gorski, Esq. (via e-mail)

NYI-4301256v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# EXHIBIT 5

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 24 of 107   Page ID
#:126
Case 2:09-cv-04291-DRD-MAS   Document 12   Filed 03/03/10   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MONIQUE BROWN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-4291 |
| vs. | ) | |
| | ) | Hon. Dickinson R. Debevoise, USDJ |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. | ) | DISCOVERY PLAN |
| | ) | |
| Defendant. | ) | |
| | ) | |

1.    Set forth the name of each attorney appearing, the firm name, address and telephone
number and facsimile number of each, designating the party represented.

Plaintiff:    Mark D. Mailman & Geoffrey H. Baskerville, Esqs.
FRANCIS & MAILMAN, P.C.
100 South Broad Street, 19th Floor
Land Title Building
Philadelphia, PA  19110
(215) 735-8600 and fax (215) 940-8000

Defendant:    Dorothy A. Kowal, Esq.      and      Kevin C. Meacham, Esq. (*pro hac*)
PRICE, MEESE, SHULMAN &                  JONES DAY
D'ARMINIO, P.C.                          500 Grant Street, Suite 4500
50 Tice Boulevard                        Pittsburgh, PA  15219-2514
Woodcliff Lake, NJ  07677                (412) 394-7265 and
(201) 391-3737 and fax (201) 391-0998    fax (412) 394-7959

2.    Set forth a brief description of the case, including the causes of action and affirmative
defenses asserted.

Plaintiff Monique Brown has filed suit against Experian Information Solutions, Inc., a
national consumer credit reporting agency, alleging violations of the Fair Credit
Reporting Act ("FCRA") and various state laws for failure to properly reinvestigate
Plaintiff's dispute and failing to follow reasonable procedures to assure maximum
possible accuracy of Plaintiff's credit report.  Specifically, Plaintiff alleges that Experian
mixed her credit file with that of another Monique Brown who has poor credit.

Defendant Experian Information Solutions, Inc. ("Experian") is still investigating the
plaintiff's allegations at this time and, as such, is not in a position to fully address the
merits or potential defenses to plaintiff's claims.  As a general matter, Experian employs

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 25 of 107   Page ID
Case 2:09-cv-04291-DRD-MAS   Document 12   Filed 03/03/10   Page 2 of 5
#:127

reasonable procedures to assure maximum possible accuracy of credit reports for the millions of consumers for whom Experian provides credit information.

Has this action been: Settled: _____ No _____ Discontinued: __ No _____

    If so, has there been a Stipulation/Dismissal filed?

    Yes _____ No _____

3.    Have settlement discussions taken place? Yes _____ No __ X _____

    If so, when? _____

    (a)    What was plaintiff's last demand?

        (1)    Monetary demand: $_____
        (2)    Non-monetary demand: _____

    (b)    What was defendant's last offer?

        (1)    Monetary offer: $_____
        (2)    Non-monetary offer: _____

4.    The parties [have ___ X ___ have not _____] exchanged the information required by Fed. R. Civ. P. 26(a)(1).  If not, state the reason therefor.

_____

_____

_____

5.    Explain any problems in connection with completing the disclosures required by Fed. R. Civ. P. 26(a)(1).

    None _____

_____

_____

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 26 of 107   Page ID
#:128
Case 2:09-cv-04291-DRD-MAS   Document 12   Filed 03/03/10   Page 3 of 5

6.   The parties [have ____X____ have not _____] conducted discovery other than the above
      disclosures.  If so, describe.

      _____ Plaintiff has served written discovery.  Defendant has not yet served written discovery,

      but expects to do so prior to the Rule 16 Conference on March 10, 2010. _____

      _____

7.   The parties [have ____X____ have not _____] met pursuant to Fed. R. Civ. P. 26(f):

      _____

      _____

      _____

      (a)   If not, state the reason therefor.

      _____

      _____

      _____

      (b)   If so, state the date of the meeting and the persons in attendance.

      _ Conference by e-mail on March 1, 2010 with Geoffrey H. Baskerville, Esq. (plaintiff) and

      Kevin C. Meacham, Esq. (defendant) in attendance. _____

8.   The following [is ____X____ is not _____] a proposed joint discovery plan.

      (a)   Discovery is needed on the following subjects:

      _____

      _____

      _____

(b)    Discovery [should _____ should not _____X_____] be conducted in phases or be limited to particular issues.  Explain.

_____

_____

_____

(c)    Maximum of __25__ Interrogatories by each party to each other party.

(d)    Maximum of __10__ depositions to be taken by each party.

(e)    Plaintiff's expert report due on: At this time, Plaintiff does not know if she will be calling any experts.

(f)    Defendant's expert report due on:  At this time, Defendant does not know if it will be calling any experts.

(g)    Motions to amend or to add parties to be filed by April 9, 2010.

(h)    Dispositive motions to be served within ____30____ days of completion of discovery.

(i)    Factual discovery to be completed by July 9, 2010.

(j)    Expert discovery to be completed by September 10, 2010.

(k)    Set forth any special discovery mechanism or procedure requested, including data preservation orders or protective orders:

(l)    Because of the private, confidential and proprietary concerns regarding certain of Experian's business records, to the extent such business records are relevant and requested, the parties may consent to a stipulation of protection to prevent the improper dissemination of these confidential business records.

(m)    A pretrial conference may take place in November 2010.

(n)    Trial date: December 2010.

4

9.      Do you anticipate any discovery problem(s)? Yes _____ No _____X_____

        If so, explain.

        _____

        _____

        _____

10.     Do you anticipate any special discovery needs (i.e., videotape/telephone depositions, problems with out-of-state witnesses or documents, etc.)? Yes ___X___ No _____

        If so, please explain.

        _____ Yes.  Experian requests that, to the extent they are needed, depositions of corporate representatives be conducted via telephone, as those persons likely to be designated reside either in Texas or California.

11.     State whether this case is appropriate for voluntary arbitration (pursuant to Local Civil Rule 201.1 or otherwise), mediation (pursuant to Local Civil Rule 301.1 or otherwise), appointment of a special master or other special procedure.  If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.).

        The case is appropriate for non-binding mediation pursuant to Local Rule 301.1.

12.     Is this case appropriate for bifurcation? Yes _____ No _____X_____

13.     Any interim status settlement conference (with clients in attendance), should be held in

        June 2010.

14.     We [do _____ do not ____X_____] consent to the trial being conducted by a Magistrate Judge.


                                        _/s/ Geoffrey H. Baskerville_____
                                        Attorney(s) for Plaintiff


                                        _/s/ Kevin C. Meacham_____
                                        Attorney(s) for Defendant


5

43

# EXHIBIT 6

## John Soumilas

| | |
|---|---|
| **From:** | Eric J Hardeman [ejhardeman@jonesday.com] |
| **Sent:** | Tuesday, November 30, 2010 12:51 PM |
| **To:** | Gregory Gorski |
| **Subject:** | Re: Evans v. Experian |

Greg,

Like I said, I cannot be in Los Angeles in the 13th, and I'm not going to divulge potentially client-sensitive information about the other commitments I have on the 13th that require me to be in Irvine. Furthermore, my travel to and from Los Angeles would pose an additional cost to my client that it is not willing to incur. Plaintiff filed in the Central District. He has to reasonably expect to make himself available here at a deposition site in Irvine.

A Federal Rule 30(b)(6) deposition takes place at a corporation's principal place of business or the location of the corporate designee. Your firm hasn't been extending Experian any courtesies by having previous depositions take place in Irvine or Dallas, because they would have had to take place there anyway with respect to the corporate designees at those locations. Therefore, your notice of Experian's 30(b)(6) deposition to take place at your local counsel's office is deficient. As a practical matter, your firm takes depositions telephonically, so the location is irrelevant. Our firms have further agreed to have non-PMK depositions take place at the Irvine or Dallas offices as a condition to agreeing to your firm's telephonic appearance.

Thanks.

-Eric



## Eric J. Hardeman

**3161 Michelson Drive, Suite 800 • Irvine, CA 92612**

DIRECT 949.553.7545 • FAX 949.553.7539 • ejhardeman@JONESDAY.COM

| | |
|---|---|
| **From:** | Gregory Gorski <ggorski@consumerlawfirm.com> |
| **To:** | Eric J Hardeman <ejhardeman@jonesday.com> |
| **Date:** | 11/29/2010 05:47 PM |
| **Subject:** | Re: Evans v. Experian |

Eric,

I would ask that you reconsider your decision. I am struggling to understand what other commitments you would have on the day that you have scheduled two depositions that are likely going to take the better part of the day. Additionally, I have proposed JonesDay own offices in LA as the site the deposition which ought to provide you with all the facilities you need to conduct other business.

I would further point out that our office has been more than generous in granting Experian witnesses the courtesy of being deposed in JonesDay's Irvine office in the past. If Experian wishes to be given these courtesies in the future, we would minimally expect JonesDay and Experian to accommodate such a reasonable

1

45

# EXHIBIT 7

1   Eric J. Hardeman (SBN 253489)
    ejhardeman@jonesday.com
2   JONES DAY
    3161 Michelson Drive, Suite 800
3   Telephone:   (949) 851-3939
    Facsimile:    (949) 553-7539
4
    Attorneys for Defendant
5   Experian Information Solutions, Inc.

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **ROBERT EVANS**                    Case No.: 10-CV-5422 JFW (MANx)

12            **Plaintiff,**            **EXPERIAN INFORMATION
                                        SOLUTIONS, INC.'S INITIAL**
13            **vs.**                   **DISCLOSURES**

14  **EXPERIAN INFORMATION
    SOLUTIONS, INC.**
15

16            **Defendant.**

17
           **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**
18
           Pursuant to Fed.R.Civ. 26(a)(1), Defendant Experian Information Solutions,
19
    Inc. ("Experian") makes the following disclosure of witnesses and documents based
20
    on the information currently and reasonably available to Experian:
21
           A.    <u>Individuals Likely to Have Discoverable Information Supporting
22               Experian's Defenses</u>

23               1.    Robert Evans

24
           Plaintiff Robert Evans has knowledge of the allegations and claimed
25
    damages set forth in the Complaint.
26

27

28

    IRI-12466v1                        - 1 -

1

2               2.      Christy Evans

3      Plaintiff's wife Christy Evans has knowledge of the allegations and the

4 claimed damages set forth in the Complaint

5               3.      Kimberly Hughes
                           Consumer Affairs Specialist

6                           701 Experian Parkway
                           Allen, Texas 75013

7                           c/o JONES DAY
                           3161 Michelson Drive, Suite 800

8                           Irvine, California 92612
                           (949) 851-3939

9

10      Ms. Hughes has knowledge of Plaintiff's contacts with Experian, Plaintiff's

11 Experian consumer relations file and Experian's consumer assistance and

12 reinvestigation procedures.

13               4.      Kathy Centanni
                           Experian Information Solutions, Inc.

14                           475 Anton Boulevard
                           Costa Mesa, California 92626

15                           c/o JONES DAY
                           3161 Michelson Drive, Suite 800

16                           Irvine, California 92612
                           (949) 851-3939

17

18      Kathy Centanni has knowledge of Experian's credit reporting systems and

19 procedures.

20               5.      Any credit grantor who Plaintiff alleges denied her credit or
                           otherwise injured Plaintiff purportedly due to information

21                         received information as to Plaintiff's credit applications, credit
                         history, credit reports, and the reasons for denying credit.

22               6.      Presently unknown individuals in at Odessa College in Odessa,

23                      TX.

24      B.    Documents Experian May Use to Support its Defenses

25      At present, Experian possesses the documents listed below, which relate to

26 Plaintiff's claims and Experian's possible defenses in this matter.  These documents

27

28

1   are maintained in Experian's offices in Allen, Texas, and are being produced with

2   these disclosures:

3       • Experian Consumer File Disclosures for Plaintiff

4       In addition, Experian possesses the below-listed documents, which contain

5   confidential codes and other proprietary information specific to Plaintiff and/or

6   Plaintiff's creditors and credit history.  Experian will produce these documents

7   upon the entry of an appropriate protective order:

8       • Disclosure Log(s), illustrating disclosures of credit history to Plaintiff;

9       • D/R Log Report(s), illustrating disputes related to Plaintiff's credit file

10          and Experian's responses thereto; and

11      • Administrative Report(s) of Plaintiff.

12  C.   Damages

13      Experian does not allege any damages at this time but reserves the right to do

14  so.  Further, Experian denies liability to Plaintiff for any damages.

15  D.   Insurance

16      Based on Experian's present insurance and applicable deductibles, no

17  insurance carrier would be liable to satisfy part or all of any likely judgment which

18  may be entered in this action, or to indemnify or reimburse for payments made to

19  satisfy any likely judgment.

20

21

22

23

24

25

26

27

28

IRI-12466v1                          - 3 -

1
Dated:  October 7, 2010                     Respectfully submitted,

2

3                                           /s/ Eric J. Hardeman
                                            Eric J. Hardeman
4                                           JONES DAY
                                            3161 Michelson Drive, Suite 800
5                                           Irvine, CA  92612
                                            Telephone:   (949) 553-7545
6                                           Facsimile:   (949) 553-7539

7                                           *Attorneys for Defendant*
                                            *Experian Information Solutions, Inc.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-12466v1                                 - 4 -

1

## PROOF OF SERVICE BY MAIL

2    I am a citizen of the United States and employed in Irvine, California.  I am

3 over the age of eighteen years and not a party to the within-entitled action.  My

4 business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.

5 I am readily familiar with this firm's practice for collection and processing of

6 correspondence for mailing with the United States Postal Service.  On **October 12,**

7 **2010,** I placed with this firm at the above address for deposit with the United States

8 Postal Service a true and correct copy of the within document(s):

9    **EXPERIAN INFORMATION SOLUTIONS, INC.'S**
        **INITIAL DISCLOSURES**

10

11 in a sealed envelope, postage fully paid, addressed as follows:

12 Stephanie R. Tatar, Esq.              Gregory Gorski, Esq.
   stephanie@thetatarlawfirm.com         ggorski@consumerlawfirm.com

13 Tatar Law Firm, APC                   Francis & Mailman, P.C.
   3500 West Olive Avenue, Suite 300     Land Title Building, 19th Floor

14 Burbank, CA  91505                    100 South Broad Street
   T:  (323) 744-1146                    Philadelphia, PA  19110

15 F:  (888) 778-5695                    T:  (215) 735-8600
                                         F:  (215) 940-8000

16    Following ordinary business practices, the envelope was sealed and placed

17 for collection and mailing on this date, and would, in the ordinary course of

18 business, be deposited with the United States Postal Service on this date.

19    I declare that I am employed in the office of a member of the bar of this court

20 at whose direction the service was made.

21    Executed on **October 12, 2010**, at Irvine, California.

22

23          _/s/  Eric J. Hardeman_
            Eric J. Hardeman

24

25

26

27

28

IRI-12466v1                          - 5 -

# EXHIBIT 8

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 38 of 107   Page ID
Case 2:09-cv-02487-DRD-MAS   Document 16   Filed 01/07/10   Page 1 of 1
#:146

**PRICE,
MEESE,
SHULMAN &
D'ARMINIO**

A PROFESSIONAL CORPORATION

MACK-CALI CORPORATE CENTER
50 TICE BOULEVARD
WOODCLIFF LAKE
NEW JERSEY 07677

TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360

GREGORY D. MEESE
NJ, NY BARS
GAIL L. PRICE
NJ, NY, DC BARS
FREDERIC M. SHULMAN
NJ, NY, DC BARS
LOUIS L. D'ARMINIO
NJ, NY BARS
JOHN R. EDWARDS, JR.
NJ, NY BARS
MICHAEL K. BREEN
NJ, NY BARS
PAUL A. CONCIATORI*
NJ, NY BARS

OF COUNSEL
RICHARD M. FRICKE
NJ, NY, DC BARS
THERESA N. MAGUIRE
NY BAR
MARK W. GREENE
NJ, NY, DC BARS
CONSTANTINE STAMOS
NJ, NY BARS
J. PETER BAN
NJ, DC BARS

KAREN F. EDLER
NJ BAR
DOROTHY A. KOWAL
NJ BAR
REGINALD JENKINS, JR.
NJ BAR

MARY ANNE IULIANO
NJ, GA BARS
JENNIFER M. KNARICH
NJ, NY, CT BARS
MARLENE EICKMEYER
NJ, NY BARS
KATHRYN J. RAZIN
NJ, NY, DC BARS
SIMONE D. SINISI
NJ BAR
ADRIENNE M. ZITKA*
NJ BAR
*LEED AP

Additional Offices:
89 HEADQUARTERS PLAZA NORTH
4 SPEEDWELL AVENUE - #1455
MORRISTOWN, NEW JERSEY 07960

TELEPHONE (973) 292-6757
FACSIMILE (973) 993-1757

106 CORPORATE PARK DRIVE
SUITE 401
WHITE PLAINS
NEW YORK 10604

TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230

www.pricemeese.com

---

January 7, 2010

<u>Via ECF</u>
The Honorable Michael A. Shipp, USMJ
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    *Cates v. Experian Information Solutions, Inc.*;
              <u>Civil Action No. 09-2487</u>

Dear Judge Shipp:

This firm, along with Jennifer G. Betts of Jones Day, represents defendant Experian Information Solutions in the above-referenced case. An in-person status conference is scheduled for January 27, 2010 at 3:00 p.m. In Your Honor's Scheduling Order, it states that "client[s] with full settlement authority must attend in person."

Geoffrey Baskerville, counsel for Plaintiff, and Ms. Betts will be attending the conference in person; however, we respectfully submit this joint request for permission for both of our clients to attend the conference via telephone. Mr. Baskerville will have full authority from Mr. Cates and will be prepared to discuss settlement in detail. Further, Experian's client representative, Abril Turner, is located in Southern California and a trip to Newark would be burdensome in time and expense for her. Attendance of Ms. Turner by phone will not hinder the conference or settlement discussions as Ms. Betts will be fully apprised of all aspects of the case and will have settlement authority.

Should Your Honor have any questions or concerns regarding client attendance via phone, I can be reached by telephone at (201)391-3737 or by fax at (201)391-0998 and Ms. Betts may be reached by telephone at (412) 394-7937 or by fax at (412) 394-7959. Thank you for considering our request.

                        Respectfully submitted,

                        Dorothy A. Kowal

cc:    Geoffrey H. Baskerville, Esq. (via ECF)
        Jennifer G. Betts, Esq. (via e-mail)

# EXHIBIT 9

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 40 of 107   Page ID
#:142
4123949525       RV-DSGLB-5au       Case 2:10-cv-06769-PD   Document 43   Filed 02/10/11   Page 1 of 1       06:08:23 p.m.   02-03-2011       2/2

# JONES DAY

500 GRANT STREET • SUITE 4500 • PITTSBURGH, PENNSYLVANIA 15219.2514
TELEPHONE: 412.391.3939 • FACSIMILE: 412.394.7959

Direct Number:  (412) 394-7265
kcmeacham@jonesday.com

JP011584:jlr/1227722                           February 3, 2011
026123-051956

*Please docket*

The Honorable Paul S. Diamond
U.S.D.C., Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA  19106-1712

       Re:    *Suzanne Blenda v. Experian Information Solutions, Inc., et al.*
              Civil Action No. 10-6769, U.S.D.C., Eastern Dist. of Pennsylvania

Dear Judge Diamond:

      In preparation for the upcoming scheduling conference, Experian requests that its corporate representative be permitted to attend the conference scheduled for February 16, 2010 by telephone.  To be sure, as Experian's trial counsel, I will be traveling from Pittsburgh, Pennsylvania to attend the conference in person.

      As you may be aware, Experian's corporate representative resides in California, where Experian's headquarters are located, and personal attendance at the conference will place a considerable burden on her and considerable expense on Experian. Counsel for all parties have consented to Experian's representative appearing by phone.

      Experian's corporate representative will be available to conduct settlement or any other discussions by phone at all times during the conference. Thus, Experian respectfully requests that its corporate representative be permitted to appear by telephone.

                       Very truly yours,

                       Kevin C. Meacham

cc:    John Soumilas, Esq.
       Erin A. Novak, Esq.
       Timothy P. Creech, Esq.
       William R. Brown, Esq.
       William J. Simmons, Esq.
       Mark A. Aronchick, Esq.
       Sharon F. Mc Kee, Esq.
       Mohammad A. Ghiasuddin, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# EXHIBIT 10

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 42 of 107   Page ID
#:144
Case: 1:10-cv-02216-DCN  Doc #: 9  Filed: 12/22/10  1 of 3.  PageID #: 56

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JULIE SIKORSKY, | |
| *Plaintiff,* | Civil Action No. 01:10-CV-02216 |
| v. | Judge Donald C. Nugent |
| EXPERIAN INFORMATION SOLUTIONS LLC, et al., | |
| *Defendants.* | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR
LEAVE TO ALLOW PARTY REPRESENTATIVE  TO ATTEND THE CASE
MANAGEMENT CONFERENCE BY TELEPHONE**

NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by and

through its undersigned counsel, and pursuant to the November 8, 2010 Case Management

Conference Scheduling Order, Rule 16 of the Federal Rules of Civil Procedure, and Local Rule

16.3 of the United States District Court for the Northern District of Ohio, hereby moves this

Court to allow Experian's corporate representative to attend the case management conference,

scheduled for Tuesday, January 11, 2011, at 9:30 a.m. before Judge Donald C. Nugent, by

telephone.  In support of this Motion, Experian states as follows:

1.       Experian's headquarters is located in Costa Mesa, California.  The attendance of

Experian's corporate representative at the case management conference in Cleveland, Ohio

would require significant travel and impose an undue hardship on both Experian and its

representative.

CLI-1859021v1

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 43 of 107   Page ID
#: 145
Case: 1:10-cv-02216-DCN  Doc #: 9  Filed:  12/22/10  2 of 3.  PageID #: 57

2.      An Experian representative will be available to participate in the case

management conference by telephone, as permitted by Local Rule 16.3(b)(1).

3.      Further, the undersigned will appear personally, and will have authority as to all

matters to be discussed in the Court's November 8, 2010 Case Management Conference

Scheduling Order.

WHEREFORE, for good cause shown, Experian respectfully requests that this Court

excuse the personal appearance of its representative and allow Experian to participate by

telephone.

Dated: December 22, 2010                        Respectfully submitted,

  s/ Breanne E. Atzert_____
Breanne E. Atzert, Esq. (#0083555)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Fax:  (216) 579-0212
Email:  beatzert@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS,
INC.

Case 8:10-cv-01705-JST -MLG  Document 12-1  Filed 03/14/11  Page 44 of 107  Page ID
#: 146
Case: 1:10-cv-02216-DCN  Doc #: 9  Filed: 12/22/10  3 of 3.  PageID #: 58

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, a copy of the Defendant Experian

Information Solutions, Inc.'s Motion for Leave to Allow Party Representative to Attend the Case

Management Conference by Telephone was filed electronically.  Notice of this filing will be sent

to all parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.


_s/  Breanne E. Atzert_
Counsel for Defendant Experian Information
Solutions, Inc.

CLI-1859021v1

# EXHIBIT 11

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JODIE DAVIS,

          *Plaintiff,*

     v.

TRANS UNION, LLC, et al.,

          *Defendants.*

Civil Action No. 05:10-CV-1383

Judge Adams

Magistrate Judge Pearson

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO ALLOW PARTY REPRESENTATIVE TO ATTEND THE CASE MANAGEMENT CONFERENCE BY TELEPHONE

NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and pursuant to the August 24, 2010 Case Management Conference Scheduling Order, Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.3 of the United States District Court for the Northern District of Ohio, hereby moves this Court to allow Experian's corporate representative to attend the case management conference, scheduled for Wednesday, November 3, 2010, at 1:00 p.m. before Judge John R. Adams by telephone.  In support of this Motion, Experian states as follows:

1.      Experian's headquarters is located in Costa Mesa, California.  The attendance of Experian's corporate representative at the case management conference in Akron, Ohio would require significant travel and impose an undue hardship on both Experian and its representative.

2.      An Experian representative will be available to participate in the case management conference by telephone, as permitted by Local Rule 16.3(b)(1).

CLI-1842793v1

3.      Further, the undersigned will appear personally, and will have authority as to all matters to be discussed in the Court's August 24, 2010 Case Management Conference Scheduling Order.

WHEREFORE, for good cause shown, Experian respectfully requests that this Court excuse the personal appearance of its representative and allow Experian to participate by telephone.

Dated: October 13, 2010                          Respectfully submitted,


                                                  s/ Breanne E. Atzert____
                                                 Breanne E. Atzert, Esq. (#0083555)
                                                 JONES DAY
                                                 901 Lakeside Avenue
                                                 Cleveland, Ohio 44114
                                                 Telephone:  (216) 586-3939
                                                 Fax:  (216) 579-0212
                                                 Email:  beatzert@jonesday.com

                                                 Counsel for Defendant
                                                 EXPERIAN INFORMATION SOLUTIONS,
                                                 INC.

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 48 of 107   Page ID
#: 150
Case: 5:10-cv-01383-JRA  Doc #: 44  Filed:  10/13/10  3 of 3.  PageID #: 241

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2010, a copy of the Defendant Experian Information

Solutions, Inc.'s Motion for Leave to Allow Party Representative to Attend the Case

Management Conference by Telephone was filed electronically.  Notice of this filing will be sent

to all parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.


 /s/  Breanne E. Atzert
Counsel for Defendant Experian Information
Solutions, Inc.

CLI-1842793v1

# EXHIBIT 12

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 50 of 107   Page ID
#:152
Case: 1:10-cv-00141-SO  Doc #: 26  Filed:  04/20/10  1 of 3.  PageID #: 130

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WALTER SOSNOWSKI,<br><br>    *Plaintiff,*<br><br>  v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>    *Defendants.* | Civil Action No. 01:10-CV-00141<br><br>Judge Solomon Oliver, Jr. |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO ALLOW PARTY REPRESENTATIVE  TO ATTEND THE CASE MANAGEMENT CONFERENCE BY TELEPHONE

NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and pursuant to the April 19, 2010 Case Management Conference Scheduling Order, Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.3 of the United States District Court for the Northern District of Ohio, hereby moves this Court to allow Experian's corporate representative to attend the case management conference, scheduled for Wednesday, May 5, 2010, at 10:30 a.m. before Magistrate Judge James S. Gallas, by telephone.  In support of this Motion, Experian states as follows:

1. Experian's headquarters is located in Costa Mesa, California.  The attendance of Experian's corporate representative at the case management conference in Cleveland, Ohio would require significant travel and impose an undue hardship on both Experian and its representative.

CLI-1795012v1

65

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 51 of 107   Page ID
#:153
Case: 1:10-cv-00141-SO  Doc #: 26  Filed:  04/20/10  2 of 3.  PageID #: 131

2.      An Experian representative will be available to participate in the case

management conference by telephone, as permitted by Local Rule 16.3(b)(1).

3.      Further, the undersigned will appear personally, and will have authority as to all

matters to be discussed in the Court's April 19, 2010 Case Management Conference Scheduling

Order.

WHEREFORE, for good cause shown, Experian respectfully requests that this Court

excuse the personal appearance of its representative and allow Experian to participate by

telephone.


Dated: April 20, 2010                          Respectfully submitted,


                                                  s/ Breanne E. Atzert
                                                Breanne E. Atzert, Esq. (#0083555)
                                                JONES DAY
                                                901 Lakeside Avenue
                                                Cleveland, Ohio 44114
                                                Telephone:  (216) 586-3939
                                                Fax:  (216) 579-0212
                                                Email:  beatzert@jonesday.com

                                                Counsel for Defendant
                                                EXPERIAN INFORMATION SOLUTIONS,
                                                INC.

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 52 of 107   Page ID
#:154
Case: 1:10-cv-00141-SO  Doc #: 26  Filed:  04/20/10  3 of 3.  PageID #: 132

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, a copy of the Defendant Experian Information

Solutions, Inc.'s Motion for Leave to Allow Party Representative to Attend the Case

Management Conference by Telephone was filed electronically.  Notice of this filing will be sent

to all parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.


  s/  Breanne E. Atzert
Counsel for Defendant Experian Information
Solutions, Inc.


CLI-1795012v1

# EXHIBIT 13

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 54 of 107   Page ID
#:166
Case: 5:10-cv-00143-NAV  Doc #: 12  Filed:  03/26/10  1 of 3.  PageID #: 55

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBERT J. RISCHITELLI**, | |
| *Plaintiff*, | **Civil Action No. 5:10-CV-00143-DAP** |
| v. | **Judge Nancy A. Vecchiarelli** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| *Defendant.* | |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO ALLOW
PARTY REPRESENTATIVE TO ATTEND THE CASE MANAGEMENT
CONFERENCE BY TELEPHONE**

NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by and

through its undersigned counsel, and pursuant to the March 9, 2010 Case Management

Conference Scheduling Order, Rule 16 of the Federal Rules of Civil Procedure, and Local Rule

16.3 of the United States District Court for the Northern District of Ohio, hereby moves this

Court to allow Experian's corporate representative to attend the case management conference,

now scheduled for Monday, March 29, 2010, at 10:30 a.m. before Magistrate Judge Nancy A.

Vecchiarelli, by telephone.  In support of this Motion, Experian states as follows:

      1.      Experian's headquarters is located in Costa Mesa, California.  The attendance of

Experian's corporate representative at the case management conference in Cleveland, Ohio

would require significant travel and impose an undue hardship on both Experian and its

representative.

CLI-1791774v1

2.      An Experian representative will be available to participate in the case management conference by telephone, as permitted by Local Rule 16.3(b)(1).

3.      Further, the undersigned will appear personally, and will have authority as to all matters to be discussed in the Court's March 9, 2010 Case Management Conference Scheduling Order.

WHEREFORE, for good cause shown, Experian respectfully requests that this Court excuse the personal appearance of its representative and allow Experian to participate by telephone.


Dated: March 26, 2010                          Respectfully submitted,

                                               _s/ Seth J. Linnick_____
                                               Seth J. Linnick, Esq. (#0083494)
                                               JONES DAY
                                               901 Lakeside Avenue
                                               Cleveland, Ohio 44114
                                               Telephone:  (216) 586-3939
                                               Fax:  (216) 579-0212
                                               Email:  beatzert@jonesday.com

                                               Counsel for Defendant
                                               EXPERIAN INFORMATION SOLUTIONS, INC.

Case 8:10-cv-01705-JST -MLG   Document 12-1   Filed 03/14/11   Page 56 of 107   Page ID
#:168
Case: 5:10-cv-00143-NAV  Doc #: 12  Filed:  03/26/10  3 of 3.  PageID #: 57

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, a copy of Defendant Experian Information

Solutions, Inc.'s Motion for Leave to Allow Party Representative to Attend the Case

Management Conference by Telephone was filed electronically.  Notice of this filing will be sent

to all parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.


/s/  Seth J. Linnick
Counsel for Defendant Experian Information
Solutions, Inc.

CLI-1791774v1

71

# EXHIBIT 14



William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone:   (949) 387-4300
Facsimile:   (800) 722-8196

Attorney for Plaintiff
KATHRYN L. MARTIN

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN L. MARTIN | Case No.: 10-CV-1705-JST (MLGx) |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| **Defendant.** | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff states as follows:

**A. Individuals Likely To Have Discoverable Information**

Without waiving any objections, Plaintiff states that the following persons are reasonably likely to have information that may support Plaintiff's claims in this matter:

1.  Kathryn L. Martin, 2329 Henn Hyde Road NE, Warren, OH 44484.

2.  David  Browne, Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA 92626.

3.  Kathy Centanni,  Experian Information Solutions, Inc., 475 Anton

IRI-12044v1

Boulevard, Costa Mesa, CA  92626.

4.  Further Representatives of Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA  92626, as may be determined through discovery.

**B. Documents Supporting Plaintiff's Claims**

Without waiving any objections, Plaintiff, Kathryn Martin, states that she has in her possession her Experian personal credit reports which are likely to bear significantly on her claims in this matter.

**C. Damages**

Plaintiff claims the following damages: (1) statutory damages under the FCRA; (2) actual/compensatory damages in the nature of credit defamation; (3) actual/compensatory damages in the nature of emotional distress, including anxiety, frustration, embarrassment, humiliation, etc.; (4) punitive damages; and (5) attorney's fees and costs.

The damages suffered by Plaintiff are well recognized as cognizable under the FCRA and are not subject to mathematical calculation.   Plaintiff will testify as to the embarrassment, frustration and other emotional distress that she experienced as a result of Experian's mixing of her credit file.

IRI-12044v1

2

D. **Insurance**

Not applicable.

As investigation and discovery in this matter are ongoing, Plaintiff reserves the right to supplement these disclosures pursuant to the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, if necessary.

Dated:  March 9, 2011                    Respectfully submitted,


                                         */s/ William J. Wall*
                                         William J. Wall
                                         THE WALL LAW OFFICE
                                         9900 Research Drive
                                         Irvine, CA  92618
                                         Telephone:  (949) 387-4300
                                         Facsimile:   (800) 722-8196

                                         *Attorney for Plaintiff*
                                         *Kathryn L. Martin*

IRI-12044v1                               3

# EXHIBIT 15

# California Secretary of State Debra Bowen

*privacy* All people *Liberty* Speak *without discrimination*
*common good* *Conscience*

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

**Customer Alert**
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of

| | |
|---|---|
| **Entity Name:** | J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. |
| **Entity Number:** | C0750701 |
| **Date Filed:** | 07/22/1975 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | NEW YORK |
| **Entity Address:** | 270 PARK AVE. |
| **Entity City, State, Zip:** | NEW YORK NY 10017 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definiti**

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State

# EXHIBIT 16

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | MACY'S MERCHANDISING GROUP, INC. |
| **Entity Number:** | C3187564 |
| **Date Filed:** | 02/05/2009 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 7 WEST 7TH STREET |
| **Entity City, State, Zip:** | CINCINNATI OH 45202 |
| **Agent for Service of Process:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| **Agent Address:** | 2730 GATEWAY OAKS DR STE 100 |
| **Agent City, State, Zip:** | SACRAMENTO CA 95833 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | MACY'S CORPORATE SERVICES, INC. |
| **Entity Number:** | C2568040 |
| **Date Filed:** | 12/11/2003 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 7 WEST 7TH STREET |
| **Entity City, State, Zip:** | CINCINNATI OH 45202 |
| **Agent for Service of Process:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| **Agent Address:** | 2730 GATEWAY OAKS DR STE 100 |
| **Agent City, State, Zip:** | SACRAMENTO CA 95833 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers
Copyright © 2011   California Secretary of State

California Secretary of State Debra Bowen

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alert
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of

| | |
|---|---|
| **Entity Name:** | MACY'S DEPARTMENT STORES, INC. |
| **Entity Number:** | C1918611 |
| **Date Filed:** | 12/16/1994 |
| **Status:** | SURRENDER |
| **Jurisdiction:** | OHIO |
| **Entity Address:** | 7 WEST SEVENTH ST |
| **Entity City, State, Zip:** | CINCINNATI OH 45202 |
| **Agent for Service of Process:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNI INCORPORATING SERVICE |
| **Agent Address:** | 2730 GATEWAY OAKS DR STE 100 |
| **Agent City, State, Zip:** | SACRAMENTO CA 95833 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitio**

**Modify Search      New Search      Printer Friendly      Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State

# EXHIBIT 17



**Experian™**
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number** ▇▇-49

**Report date**
May 26, 2010

www.experian.com/disputes

Page 1 of 26

**Before contacting us, you should carefully review this report.**

**Disputing information in your report**

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

# www.experian.com/disputes

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

KATHRYN MARTIN
2329 HENN HYDE
WARREN OH 44484

## Your personal credit report

**Potentially negative items or items for further review**

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

**Accounts in good standing**

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

**History of your account balances**

Reports up to two years of your monthly balances on an account, if reported by your creditor.

**Requests for your credit history**

We list anyone that has reviewed your credit information in the last two years.

**Personal information**

This information is reported to us by you, your creditors and other sources.

## Tools to manage your personal credit

**What's your credit score?**

Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore®, call 1 888 322 5583.

**Credit Manager**

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

010507739

EXP/MARTIN 000432



**·:Experian**™
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
▬▬▬49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 2 of 26**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**ARROW FINANCIAL SERVICE**
5996 W TOUHY AVE
NILES IL 60714
(800) 279-0224
*Partial account number*
▬▬▬9029

| | |
|---|---|
| *Date opened* | *Date of status* |
| Oct 2006 | Dec 2006 |
| *Reported since* | *Last reported* |
| Dec 2006 | Jun 2009 |

Original creditor: A.F.S. ASSIGNEE OF FIRST PREMI

**KOHLS/CHASE**
PO BOX 3115
MILWAUKEE WI 53201
(414) 783-1635
*Partial account number*
▬▬▬0162......

| | |
|---|---|
| *Date opened* | *Date of status* |
| Aug 1999 | May 2009 |
| *Reported since* | *Last reported* |
| May 2009 | May 2010 |
| Oct 2001 | Oct 2001 |

*See history of account balances for additional information.*





010507272739

EXP/MARTIN 000433



**Experian**
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number** 49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 3 of 26**

## Potentially negative items or items for further review continued

**MIDLAND CREDIT MANAGEMENT**
8875 AERO DR
SAN DIEGO CA 92123
(888) 403-6206
*Partial account number*
2830.....

*See history of account balances for additional information.*

**Original creditor: HOUSEHOLD**

| | |
|---|---|
| Date opened | Date of status |
| Aug 2008 | Oct 2008 |
| Reported since | Last reported |
| Oct 2008 | Sep 2009 |

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

**ABN AMRO MORTGAGE GROUP**
2600 W BIG BEAVER RD
TROY MI 48084
(800) 283-7918
*Partial account number*
0383.....

| | |
|---|---|
| Date opened | Date of status |
| Sep 1998 | Jan 2003 |
| Reported since | Last reported |
| Nov 1998 | Jan 2003 |

**ABN AMRO MORTGAGE GROUP**
2600 W BIG BEAVER RD
TROY MI 48084
(800) 283-7918
*Partial account number*
3139.....

| | |
|---|---|
| Date opened | Date of status |
| Jan 2003 | Oct 2007 |
| Reported since | Last reported |
| May 2003 | Oct 2007 |





010507272739

EXP/MARTIN 000434



**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 4 of 26**

## Accounts in good standing continued

**BANK OF AMERICA**
PO BOX 17054
WILMINGTON DE 19850
(800) 421-2110
*Partial account number*
1411....

| | |
|---|---|
| *Date opened* | *Date of status* |
| Jun 1998 | Jan 2009 |
| *Reported since* | *Last reported* |
| Jun 1998 | Jan 2009 |

**CAPITAL ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
(800) 955-7070
*Partial account number*
5157....

| | |
|---|---|
| *Date opened* | *Date of status* |
| Aug 2003 | Oct 2005 |
| *Reported since* | *Last reported* |
| Aug 2003 | Oct 2005 |

**CHASE BANK USA**
PO BOX 15298
WILMINGTON DE 19850
(800) 955-9900
*Partial account number*
0423....

| | |
|---|---|
| *Date opened* | *Date of status* |
| Aug 2002 | Jan 2007 |
| *Reported since* | *Last reported* |
| Sep 2002 | Jan 2007 |

**CHASE BANK USA**
PO BOX 15298
WILMINGTON DE 19850
(800) 955-9900
*Partial account number*
2590....

| | |
|---|---|
| *Date opened* | *Date of status* |
| Jul 2006 | Mar 2009 |
| *Reported since* | *Last reported* |
| Aug 2006 | Mar 2009 |

*See history of account balances for additional information.*

0105072739

EXP/MARTIN 000435

## Experian™
A world of insight

Prepared for
KATHRYN MARTIN
Report number
49

Report date
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 5 of 26

## Accounts in good standing continued

**CHASE/CIRCUIT CITY**
PO BOX 15298
WILMINGTON DE 19850
(800) 955-9900
*Partial account number*
7209....

| *Date opened* | *Date of status* |
| --- | --- |
| Jul 2001 | Sep 2002 |
| *Reported since* | *Last reported* |
| Jul 2001 | Sep 2002 |

*See history of account balances for additional information.*

**CITI CARDS/CITIBANK**
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
4326....

| *Date opened* | *Date of status* |
| --- | --- |
| Oct 2005 | Nov 2009 |
| *Reported since* | *Last reported* |
| Oct 2005 | Nov 2009 |

*See history of account balances for additional information.*

**CITI CARDS/CITIBANK**
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
6519....

| *Date opened* | *Date of status* |
| --- | --- |
| Oct 2005 | Nov 2009 |
| *Reported since* | *Last reported* |
| Oct 2005 | Nov 2009 |

*See history of account balances for additional information.*

**CITIMORTGAGE INC**
PO BOX 9438
GAITHERSBURG MD 20898
(800) 283-7918
*Partial account number*
139....

| *Date opened* | *Date of status* |
| --- | --- |
| Jan 2003 | Apr 2010 |
| *Reported since* | *Last reported* |
| Sep 2007 | Apr 2010 |

*See history of account balances for additional information.*

010507239

EXP/MARTIN 000436



:::Experian™
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 6 of 26**

## Accounts in good standing continued

**FASHION BUG/SPIRIT OF AMERICA**
1103 ALLEN DR
MILFORD OH 45150
(866) 886-4725
*Partial account number*
1302.....

| Date opened | Date of status |
| --- | --- |
| May 1999 | Dec 2007 |
| *Reported since* | *Last reported* |
| Dec 1998 | Dec 2007 |

See history of account balances for additional information.

**G M A C**
PO BOX 380901
BLOOMINGTON MN 55438
(800) 200-4622
*Partial account number*
0686.....

| Date opened | Date of status |
| --- | --- |
| Dec 2004 | Nov 2009 |
| *Reported since* | *Last reported* |
| Jan 2005 | Nov 2009 |

See history of account balances for additional information.

**GEMB/AMER EAGLE DC**
PO BOX 981400
EL PASO TX 79998
No phone number available
*Partial account number*
046 1.....

| Date opened | Date of status |
| --- | --- |
| Aug 2008 | May 2010 |
| *Reported since* | *Last reported* |
| Aug 2008 | May 2010 |

See history of account balances for additional information.

010507 27 39

EXP/MARTIN 000437



**Experian™**
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 7 of 26**

## Accounts in good standing continued

**GE CAPITAL/DILLARDS**
PO BOX 981471
EL PASO TX 79998
(800) 643-8278
*Partial account number*
1777....

| Date opened | Date of status |
| --- | --- |
| Dec 1996 | Oct 2008 |
| Reported since | Last reported |
| Dec 1996 | Oct 2008 |

*See history of account balances for additional information.*



**GE MONEY BANK/GAP**
PO BOX 981400
EL PASO TX 79998
*No phone number available*
*Partial account number*
2407....

| Date opened | Date of status |
| --- | --- |
| Apr 2006 | Apr 2009 |
| Reported since | Last reported |
| Apr 2006 | Apr 2009 |

*See history of account balances for additional information.*

**GEMB/HOME DESIGN**
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
*Partial account number*
8234....

| Date opened | Date of status |
| --- | --- |
| Jul 2007 | May 2010 |
| Reported since | Last reported |
| Aug 2007 | May 2010 |

*See history of account balances for additional information.*



010507229

EXP/MARTIN 000438

∴∴∴ Experian™
A world of insight

Prepared for
KATHRYN MARTIN
Report number
49

Report date
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 8 of 26

## Accounts in good standing continued

**GEMB/HOME DESIGN**
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
*Partial account number*
8645.....

*Date opened*
Jan 2006

*Date of status*
Oct 2008

*Reported since*
Jan 2006

*Last reported*
Oct 2008

See history of account balances for additional information.

**GEMB/HOME DESIGN-SEWING**
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
*Partial account number*
1704.....

*Date opened*
Oct 2009

*Date of status*
May 2010

*Reported since*
Oct 2009

*Last reported*
May 2010

See history of account balances for additional information.

**GE CAPITAL/JC PENNEY**
PO BOX 981425
EL PASO TX 79998
(866) 227-5213
*Partial account number*
8439.....

*Date opened*
Feb 2006

*Date of status*
Apr 2009

*Reported since*
Apr 2006

*Last reported*
Apr 2009

See history of account balances for additional information.

010507273 9

EXP/MARTIN 000439



**Experian™**
A world of insight

Prepared for
KATHRYN MARTIN
Report number
-49

Report date
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 9 of 26

## Accounts in good standing continued



**GE/JCPENNEY**
PO BOX 981131
EL PASO TX 79998
(800) 542-0800
*Partial account number*
050.....

| Date opened | Date of status |
|---|---|
| Sep 2007 | Apr 2010 |
| Reported since | Last reported |
| Sep 2007 | Apr 2010 |

*See history of account balances for additional information.*

**GE/JCPENNEY**
PO BOX 981131
EL PASO TX 79998
(800) 542-0800
*Partial account number*
204.....

| Date opened | Date of status |
|---|---|
| Oct 1983 | Mar 2006 |
| Reported since | Last reported |
| May 1994 | Mar 2006 |

*See history of account balances for additional information.*

**GEMB/OLD NAVY**
PO BOX 981400
EL PASO TX 79998
(877) 222-6868
*Partial account number*
1323.....

| Date opened | Date of status |
|---|---|
| Aug 2002 | Oct 2008 |
| Reported since | Last reported |
| Aug 2002 | Oct 2008 |

*See history of account balances for additional information.*

010507zz739

EXP/MARTIN 000440

91



:::::Experian™
A world of insight

Prepared for
KATHRYN MARTIN
Report number
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 10 of 26

## Accounts in good standing continued

**SAMS CLUB/GE MONEY BANK**
PO BOX 981064
EL PASO TX 79998
(800) 964-1917
*Partial account number*
0383....

| | |
|---|---|
| Date opened | Date of status |
| Oct 2004 | Jun 2009 |
| Reported since | Last reported |
| Oct 2004 | Nov 2009 |

See history of account balances for additional information.

**SAMS CLUB/GE MONEY BANK**
PO BOX 981064
EL PASO TX 79998
(800) 964-1917
*Partial account number*
0383....

| | |
|---|---|
| Date opened | Date of status |
| Oct 2004 | May 2010 |
| Reported since | Last reported |
| Jul 2007 | May 2010 |

See history of account balances for additional information.

**GLELSI/KEY EDUCATION RES**
2401 INTERNATIONAL LN
MADISON WI 53704
No phone number available
*Partial account number*
0000....

| | |
|---|---|
| Date opened | Date of status |
| Aug 2007 | Apr 2010 |
| Reported since | Last reported |
| Aug 2007 | Apr 2010 |

See history of account balances for additional information.

010507Z739

EXP/MARTIN 000441



**Experian**
A world of insight

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Prepared for**
KATHRYN MARTIN
**Report number**
█████49

**Page 11 of 26**

## Accounts in good standing continued

**HSBC BANK**
PO BOX 5253
CAROL STREAM IL 60197
(800) 477-6000
*Partial account number*
█220....

| Date opened | Date of status |
| --- | --- |
| Sep 2005 | Feb 2008 |
| Reported since | Last reported |
| Jan 2006 | Feb 2008 |

**HSBC BANK**
PO BOX 5253
CAROL STREAM IL 60179
(800) 947-1000
*Partial account number*
█0402....

| Date opened | Date of status |
| --- | --- |
| Sep 1994 | Apr 2010 |
| Reported since | Last reported |
| Nov 2000 | Apr 2010 |

*See history of account balances for additional information.*

**KAY JEWELERS**
375 GHENT RD
AKRON OH 44333
No phone number available
*Partial account number*
█706....

| Date opened | Date of status |
| --- | --- |
| Mar 2003 | Apr 2006 |
| Reported since | Last reported |
| Mar 2003 | Apr 2006 |

**KEYCORP STNT LN TRUST/GLELSI**
2401 INTERNATIONAL LN
MADISON WI 53704
No phone number available
*Partial account number*
████████ Account balances for additional information.

| Date opened | Date of status |
| --- | --- |
| Aug 2005 | Apr 2010 |
| Reported since | Last reported |
| Jul 2006 | Apr 2010 |

010507739

EXP/MARTIN 000442

93

:::: Experian™
A world of insight

Prepared for
KATHRYN MARTIN
Report number
49

Report date
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 12 of 26

## Accounts in good standing continued

**MACY'S**
PO BOX 8218
MASON OH 45040
(800) 243-6552
*Partial account number*
965.....

| | |
|---|---|
| Date opened | Date of status |
| Dec 2009 | May 2010 |
| Reported since | Last reported |
| Dec 2009 | May 2010 |

**NISSAN MOTOR ACCEPTANCE**
8900 FREEPORT PKWY
IRVING TX 75063
(800) 456-6622
*Partial account number*
4795.....

See history of account balances for additional information.

| | |
|---|---|
| Date opened | Date of status |
| Aug 2009 | Apr 2010 |
| Reported since | Last reported |
| Aug 2009 | Apr 2010 |

**CITIBANK/SEARS**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
5591.....

| | |
|---|---|
| Date opened | Date of status |
| Dec 1989 | Oct 2007 |
| Reported since | Last reported |
| Jan 1991 | Oct 2007 |

**CITIBANK/SEARS**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
9707.....

| | |
|---|---|
| Date opened | Date of status |
| Sep 1999 | Oct 2007 |
| Reported since | Last reported |
| Sep 1999 | Oct 2007 |

010507239

EXP/MARTIN 000443



**Experian™**
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 13 of 26**

## Accounts in good standing continued

**SEARS/CITIBANK**
PO BOX 6189
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
2644....
See history of account balances for
additional information.

| Date opened | Date of status |
|---|---|
| Jan 2004 | Oct 2008 |
| Reported since | Last reported |
| Jan 2004 | Oct 2008 |

**SEVEN SEVENTEEN CREDIT U**
3181 LARCHMONT AVE NE
WARREN OH 44483
No phone number available
*Partial account number*
217....
See history of account balances for
additional information.

| Date opened | Date of status |
|---|---|
| Jun 2009 | May 2010 |
| Reported since | Last reported |
| Jun 2009 | May 2010 |

**SEVEN SEVENTEEN CREDIT U**
3181 LARCHMONT AVE NE
WARREN OH 44483
No phone number available
*Partial account number*
859....
See history of account balances for
additional information.

| Date opened | Date of status |
|---|---|
| Apr 2005 | May 2010 |
| Reported since | Last reported |
| Apr 2005 | May 2010 |

**UNIVERSAL CARD/CITIBANK**
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
4413....
See history of account balances for
additional information.

| Date opened | Date of status |
|---|---|
| Nov 2004 | Dec 2009 |
| Reported since | Last reported |
| Nov 2004 | Dec 2009 |



0105072739

EXP/MARTIN 000444



# Experian™
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 14 of 26

## Accounts in good standing continued

**UNIVERSAL CARD/CITIBANK**
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
0330.....
See history of account balances for additional information

| | |
|---|---|
| Date opened | Date of status |
| Aug 2007 | May 2009 |
| Reported since | Last reported |
| Aug 2007 | May 2009 |

**WFNNB/EXPRESS CARD**
4590 E BROAD ST
COLUMBUS OH 43213
No phone number available
*Partial account number*
0188.....

| | |
|---|---|
| Date opened | Date of status |
| Aug 2000 | Aug 2000 |
| Reported since | Last reported |
| Aug 2000 | Aug 2000 |

**WFNNB/LANE BRYANT**
4590 E BROAD ST
COLUMBUS OH 43213
No phone number available
*Partial account number*
7149.....

| | |
|---|---|
| Date opened | Date of status |
| Mar 1994 | Sep 2008 |
| Reported since | Last reported |
| Oct 2006 | Sep 2008 |

**WFNNB/VICTORIAS SECRET**
4590 E BROAD ST
COLUMBUS OH 43213
No phone number available
*Partial account number*
8042.....

| | |
|---|---|
| Date opened | Date of status |
| Dec 2000 | May 2005 |
| Reported since | Last reported |
| Dec 2000 | May 2005 |

0105072739

EXP/MARTIN 000445



**Experian**
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
..49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 15 of 26**

## History of your account balances

If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. Accounts listed are not duplicates of accounts displayed in public records or credit items.

**KOHLS/CHASE**
*Partial account number*
0162.....

Between May 2008 and Apr 2010, your credit limit/high balance was

**MIDLAND CREDIT MANAGEMENT**
*Partial account number*
2830.....

The original amount of this account was

**CHASE BANK USA**
*Partial account number*
590.....

Between May 2008 and Feb 2009 your credit limit/high balance was

**CITI CARDS/CITIBANK**
*Partial account number*
326.....

Between May 2008 and Jan 2009, your credit limit/high balance was

**CITI CARDS/CITIBANK**
*Partial account number*
3519.....

Between Nov 2008 and Jan 2009, your credit limit/high balance was



010507272739

EXP/MARTIN 000446



**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 16 of 26**

Experian
A world of insight

## History of balances continued

**CITIMORTGAGE INC**
*Partial account number*
3139....

The original amount of this account was

**G M A C**
*Partial account number*
0686....

The original amount of this account was

**GEMB/AMER EAGLE DC**
*Partial account number*
0461....

Between Aug 2008 and Apr 2010, your credit limit/high balance was

**GE CAPITAL/DILLARDS**
*Partial account number*
1777....

Between May 2008 and Sep 2008, your credit limit/high balance was

**GE MONEY BANK/GAP**
*Partial account number*
2407....

Between Nov 2008 and Mar 2009, your credit limit/high balance was

Between Sep 2008 and Oct 2008, your credit limit/high balance was

Between May 2008 and Aug 2008, your credit limit/high balance was



0105072739

EXP/MARTIN 000447



**Experian**
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 17 of 26**

## History of balances continued

**GEMB/HOME DESIGN**
Partial account number
8234......
Between May 2008 and Apr. 2010, your credit limit/high balance was

**GEMB/HOME DESIGN**
Partial account number
8645......
Between May 2008 and Sep. 2008, your credit limit/high balance was

**GEMB/HOME DESIGN-SEWING**
Partial account number
704......
Between Oct. 2009 and Apr. 2010, your credit limit/high balance was

**GE CAPITAL/JC PENNEY**
Partial account number
3439......
Between Dec. 2008 and Apr. 2009, your credit limit/high balance was
Between May 2008 and Nov. 2008, your credit limit/high balance was

**GE/JCPENNEY**
Partial account number
1050......
Between Jun 2009 and Mar. 2010, your credit limit/high balance was
Between May 2008 and May 2009, your credit limit/high balance was



010507273.9

EXP/MARTIN 000448



•••• Experian™
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 18 of 26**

## History of balances continued

**GEMB/OLD NAVY**
Partial account number
1323....

Between May 2008 and Sep 2008, your credit
limit/high balance was

**SAMS CLUB/GE MONEY BANK**
Partial account number
0383....

Between May 2008 and Oct 2009, your credit
limit/high balance was

**SAMS CLUB/GE MONEY BANK**
Partial account number
0383....

Between Jun 2009 and Apr 2010, your credit
limit/high balance was $1,500

**GLELSI/KEY EDUCATION RES**
Partial account number
29368892650000.....

**HSBC BANK**
Partial account number
0402.....

The original amount of this account was

Between May 2008 and Mar 2010, your credit
limit/high balance was



0I05072739

EXP/MARTIN 000449




::: Experian™
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 19 of 26**

## History of balances continued

**KEYCORP STNT LN TRUST/GLELSI**
Partial account number
2,687....

The original amount of this account was

The original amount of this account was

**NISSAN MOTOR ACCEPTANCE**
Partial account number
4795....

**SEARS/CITIBANK**
Partial account number
2,644....

Between May 2008 and Sep 2008, your credit
 smit/high balance was

**SEVEN SEVENTEEN CREDIT U**
Partial account number
2,17....

Between Jun 2009 and Apr 2010, your credit
smit/high balance was

**SEVEN SEVENTEEN CREDIT U**
Partial account number
859....

Between May 2008 and Apr 2010, your credit
smit/high balance was

**UNIVERSAL CARD/CITIBANK**
Partial account number
4413....



010507229

EXP/MARTIN 000450

:::: Experian™
A world of insight

**Prepared for**
KATHRYN MARTIN

**Report number**
█49

**Report date**
May 26, 2010

www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 20 of 26**

## History of balances continued

Between Nov 2008 and Nov 2009, your credit
limit/high balance wa█

**UNIVERSAL CARD/CITIBANK**
Partial account number
█0330....

Between Aug 2008 and Oct 2008, your credit
limit/high balance wa█

0105072739

EXP/MARTIN 000451

⠿ Experian™
A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
⬛49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 21 of 26**

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

## Inquiries shared with others

This section lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

| | Date | Reason |
|---|---|---|
| **MACYS/DSNB**
9111 DUKE BLVD
MASON OH 45040
*No phone number available* | Dec 4, 2009 | Permissible purpose. This inquiry is scheduled to continue on record until Jan 2012. |

Address identification number: 95965959

## Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

· other creditors who want to offer you preapproved credit;
· an employer who wishes to extend an offer of employment;
· a potential investor in assessing the risk of a current obligation;
· Experian Consumer Assistance to process a report for you;
· your current creditors to monitor your accounts (date listed may reflect only the most recent request);
· a state copy of your credit report provided to a subsequent user necessary to complete your mortgage loan application.

## These inquiries do not affect your credit score.

| | Date |
|---|---|
| **EXPERIAN**
PO BOX 9600
ALLEN TX 75013
*No phone number available* | May 26, 2010; Dec 7, 2008; Sep 25, 2007; Sep 24, 2007; Sep 24, 2007; Jul 31, 2006; Mar 1, 2005; Feb 25, 2005; Feb 25, 2005; Feb 24, 2005 |
| **VILLAGE CAPITAL & INVEST**
700 E GATE DR STE 310
MOUNT LAUREL NJ 08054
*No phone number available* | Apr 30, 2010 |
| **KOHLS**
PO BOX 3115
MILWAUKEE WI 53201
(262) 703-7000 | Mar 10, 2010 |
| **MACYS**
9111 DUKE BLVD
MASON OH 45040
*No phone number available* | Mar 10, 2010 |
| **AXIS FINANCIAL GROUP**
7002 ENGLE RD
MIDDLEBURG HEIGHTS OH 44130
*No phone number available* | Jan 29, 2010; Jul 1, 2009 |

010507272739

103

EXP/MARTIN 000452




**Experian**
A world of insight

Prepared for
KATHRYN MARTIN
Report number
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 22 of 26

---

**SEVEN SEVENTEEN CREDIT U**
3181 LARCHMONT AVE NE
WARREN OH 44483
No phone number available

*Date*
Dec 21, 2009

**CITI/AT&T**
8787 BAYPINE RD
JACKSONVILLE FL 32256
(904) 954-7500
**CITI/AT&T**

*Date*
Dec 2, 2009

No phone number available

*Date*
Sep 4, 2009

**CONSUMERINFO.COM INC**
PO BOX 19729
IRVINE CA 92623
No phone number available

*Date*
May 5, 2009

**CONSUMERINFO.COM INC**
PO BOX 19729
IRVINE CA 92623
No phone number available

*Date*
May 5, 2009

**CAP ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
No phone number available

*Date*
Mar 18, 2009; Mar 6, 2009; Feb 11,
2009; Nov 7, 2008

**G M A C**
PO BOX 380901
BLOOMINGTON MN 55438
(800) 200-4622

*Date*
Mar 3, 2009

**WESTERN SIERRA ACCEPTANC**
1547 PALOS VERDES MALL # 264
WALNUT CREEK CA 94597
No phone number available

*Date*
Mar 2, 2009

**WORLD FINANCIAL NETWORK NATL
BAN**
4590 E BROAD ST
COLUMBUS OH 43213
No phone number available

*Date*
Feb 6, 2009

---

**BANK OF AMERICA**
PO BOX 17054
WILMINGTON DE 19850
(800) 421-2110

*Date*
Nov 25, 2008

**BANK OF AMERICA**
4060 OGLETOWN STANTON RD
NEWARK DE 19713
No phone number available

*Date*
Nov 21, 2008; Oct 29, 2008; May 15,
2008

**DISCOVER FINANCIAL SVCS**
PO BOX 15157
WILMINGTON DE 19850
No phone number available

*Date*
Nov 21, 2008; Jun 9, 2008

**AMEX**
20022 NORTH 31ST STREET
PHOENIX AZ 85027
No phone number available

*Date*
Nov 14, 2008; Oct 23, 2008; Sep 24,
2008; Aug 25, 2008; Jul 21, 2008; Jun
20, 2008; Jun 4, 2008

**CITIFINANCIAL**
300 SAINT PAUL PL
BALTIMORE MD 21202
No phone number available

*Date*
Oct 22, 2008

**UNISTATES CA LLC**
2809 WEHRLE DR STE 1
WILLIAMSVILLE NY 14221
No phone number available

*Date*
Aug 27, 2008

**AMEX**
20022 NORTH 31ST STREET
PHOENIX AZ 85027
No phone number available

*Date*
Jun 4, 2008

0105072739

EXP/MARTIN 000453

104



**Experian**
A world of insight

**Prepared for**
KATHRYN MARTIN

**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 23 of 26**

## Personal information

The following information is reported to us **by you, your creditors** and/or **other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

## Names

KATHRYN L MARTIN
**Name identification number:** 14536

KATHRYN MARTIN
**Name identification number:** 5297

KATHRYN L MARTIN
**Name identification number:** 15955

KATHY MARTIN
**Name identification number:** 13648

KATHYL MARTIN
**Name identification number:** 15550

## Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and identifies which creditor, court or potential creditor reported the address to us. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These settings do not affect your credit score.

| | Type of address | Geographical code |
|---|---|---|
| 2129 HENN HYDE NE RD<br>WARREN OH 44484-1245<br>**Address identification number**<br>0259636959 | Single family | 0-93100040-155-9320 |
| 2218 SUNRISE AVE<br>RIDERSVILLE OH 45806-2448<br>**Address identification number**<br>3105290538 | Single family | 0-4020030-11-4320 |
| 2583 VENICE HEIGHTS NE DR<br>WARREN OH 44484-1501<br>**Address identification number**<br>0259364872 | Single family | 0-93300230-155-4320 |

## Address identification number

402 ASHLAND AVE APT231
WAPAKONETA OH 45895-8374
**Address identification number**
0606437662

| Type of address | Geographical code |
|---|---|
| Apartment<br>complex | 0-4110030-11-9320 |

215 E BENTON ST
WAPAKONETA OH 45895-2305
**Address identification number**
0105494656

| Type of address | Geographical code |
|---|---|
| Single family | 0-4030030-11-4320 |

## Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.

None

## Date of birth
Dec 11,

## Telephone numbers
330 856
419 645

## Spouse or co-applicant
JOHNA

## Employers
FORUM HEALTH

---End of Report---

If you disagree with information in your report you may dispute it at:
**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

EXP/MARTIN 000454

010507239



**:::** Experian™
A world of insight

## Dispute form

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

You may also mail this form to: **Experian, P.O. Box 9701, Allen, TX 75013**
Or, call us for assistance at 1 800 509 8495.

**Use this form for any disputes you wish to submit by mail.**
Complete all of the following information and submit by mail, within 90 days from the report date listed above. Once we receive your dispute, it may take up to 30 days (or up to 45 days for an investigation of information in an annual free credit report) to complete our investigation with the source of the disputed information. We will then notify you of the results. You may make copies of this form to submit additional disputes or use a separate piece of paper.

Remember, most accurate negative information will remain a part of your credit history for up to seven years and bankruptcies and unpaid tax liens for up to 10 years. Experian is regulated by federal law and we cannot remove information that has been verified as accurate from your credit report.

**What's your credit score?** Find out by ordering your VantageScore® for only $7.95.

☐ Send my VantageScore® (Score will include investigation results of any disputes submitted on this form. Make check or money order payable to Experian.)

☐ Request overnight delivery via FedEx for an additional $20 to receive your score report before investigation is completed.

*Intentionally making any false statements could be punishable by law.*

**Your current identification information** (correct any incorrect information)

**Fill in your Social Security number:**
**(We cannot honor your request without your Social Security number.)** _ _ _ - _ _ - _ _ _ _

**Current Mailing Address:** 2329 HENN-HYDE WARREN OH 44484
**Year of birth:** 1961

**Enter your email address to be notified when your results are ready:** _____

---

**Is any of the information below incorrect on your report?**

☐ Spouse's name   ☐ Telephone number - Which one is **incorrect?** _ _ _ - _ _ _ - _ _ _ _

☐ Employer - Which one is **incorrect?** _____

☐ Date of birth - Fill in your **correct** date of birth: _ _ / _ _ / _ _

☐ Address - Which one is **incorrect?** _____

---

**Prepared for**
KATHRYN MARTIN
**Report number**
■■■ 49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

Page 24 of 26

## First dispute

Company name: _____

Your partial account number: _____

☐ I believe this item is incorrect because **(Choose only one):**
☐ Payment never late  ☐ Account closed  ☐ Paid in full - On what date? _ _ / _ _ / _
☐ Account included in bankruptcy - Chapter: _____  Filing date: _ _ / _ _ / _
☐ Not my account - Who does it belong to? _____
☐ Other - Must explain: _____

## Second dispute

Company name: _____

Your partial account number: _____

☐ I believe this item is incorrect because **(Choose only one):**
☐ Payment never late  ☐ Account closed  ☐ Paid in full - On what date? _ _ / _ _ / _
☐ Account included in bankruptcy - Chapter: _____  Filing date: _ _ / _ _ / _
☐ Not my account - Who does it belong to? _____
☐ Other - Must explain: _____

## Third dispute

Company name: _____

Your partial account number: _____

☐ I believe this item is incorrect because **(Choose only one):**
☐ Payment never late  ☐ Account closed  ☐ Paid in full - On what date? _ _ / _ _ / _
☐ Account included in bankruptcy - Chapter: _____  Filing date: _ _ / _ _ / _
☐ Not my account - Who does it belong to? _____
☐ Other - Must explain: _____

0105072739

EXP/MARTIN 000455



Experian™

A world of insight

**Prepared for**
KATHRYN MARTIN
**Report number**
49

**Report date**
May 26, 2010
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 25 of 26**

## Ohio Consumers Have the Right to Obtain a Security Freeze:

You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You have a right to place a "security freeze" on your credit report pursuant to Ohio law. The security freeze will prohibit a consumer credit reporting agency from releasing any information in your credit report without your express authorization or approval. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. When you place a security freeze on your credit report, within five business days you will be provided a personal identification number or password to use if you choose to remove the security freeze on your credit report or to temporarily authorize the release of your credit report for a specific party or parties or for a specific period of time after the security freeze is in place. To provide that authorization, you must contact the consumer credit reporting agency and provide all of the following:

(a) Information generally considered sufficient to identify the consumer;
(b) The unique personal identification number or password provided by the consumer credit reporting agency;
(c) The proper information regarding the third party who is to receive the consumer credit report or the time period for which the credit report shall be available to users of the credit report.

A consumer credit reporting agency that receives a request from a consumer to temporarily lift a security freeze on a credit report shall comply with the request not later than fifteen minutes after receiving the request.

A security freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control, or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, a few days before actually applying for new credit.



010507?739

EXP/MARTIN 000456



**Experian**

A world of insight

**Prepared for**
KATHRYN MARTIN

**Report number**
███ 49

**Report date**
May 26, 2010

www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 26 of 26**

THIS PAGE INTENTIONALLY LEFT BLANK

0105072739

EXP/MARTIN 000457

# EXHIBIT 18

# EXHIBIT 18(a)

# Business Entity Detail

---

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | CITIFINANCIAL, INC. |
| **Entity Number:** | C2367180 |
| **Date Filed:** | 11/19/2001 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | MARYLAND |
| **Entity Address:** | PO BOX 30509 |
| **Entity City, State, Zip:** | TAMPA FL 33631 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | CITIFINANCIAL SERVICES, INC. |
| **Entity Number:** | C0138130 |
| **Date Filed:** | 02/26/1930 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | PO BOX 30509 |
| **Entity City, State, Zip:** | TAMPA FL 33631 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# EXHIBIT 18(b)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | CAPITAL ONE, NATIONAL ASSOCATION |
| **Entity Number:** | C3335211 |
| **Date Filed:** | 10/26/2010 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | UNITED STATES |
| **Entity Address:** | 1680 CAPITAL ONE DR |
| **Entity City, State, Zip:** | MCLEAN VA 22102 |
| **Agent for Service of Process:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC – LAWYERS INCORPORATING SERVICE |
| **Agent Address:** | 2730 GATEWAY OAKS DR STE 100 |
| **Agent City, State, Zip:** | SACRAMENTO CA 95833 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# EXHIBIT 18(c)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | GMAC MORTGAGE USA CORPORATION |
| **Entity Number:** | C2886701 |
| **Date Filed:** | 06/28/2006 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | ONE MERIDIAN CROSSINGS, SUITE 100 MC: 03-04-60 |
| **Entity City, State, Zip:** | MINNEAPOLIS MN 55423 |
| **Agent for Service of Process:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| **Agent Address:** | 2730 GATEWAY OAKS DR STE 100 |
| **Agent City, State, Zip:** | SACRAMENTO CA 95833 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers
Copyright © 2011    California Secretary of State

# EXHIBIT 18(d)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | BANK OF AMERICA CORPORATION |
| **Entity Number:** | C2128692 |
| **Date Filed:** | 12/28/1998 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 401 N TRYON ST, NC1-021-02-20 |
| **Entity City, State, Zip:** | CHARLOTTE NC 28255 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# EXHIBIT 18(e)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | DISCOVER FINANCIAL SERVICES, INC |
| **Entity Number:** | C3169042 |
| **Date Filed:** | 11/19/2008 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 9595 WILSHIRE BLVD., SUITE 900 |
| **Entity City, State, Zip:** | LOS ANGELES CA 90212 |
| **Agent for Service of Process:** | PAUL REESE |
| **Agent Address:** | 9595 WILSHIRE BLVD., SUITE 900 |
| **Agent City, State, Zip:** | LOS ANGELES CA 90212 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# EXHIBIT 18(f)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | AMERICAN EXPRESS COMPANY |
| **Entity Number:** | C0492514 |
| **Date Filed:** | 06/15/1965 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | NEW YORK |
| **Entity Address:** | 200 VESEY ST 30TH FL |
| **Entity City, State, Zip:** | NEW YORK NY 10285 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

http://kepler.sos.ca.gov/cbs.aspx                                    3/14/2011