1  William J. Wall (State Bar No. 203970)
   wwall@wall-law.com
2  THE WALL LAW OFFICE
   9900 Research Drive
3  Irvine, CA  92618
   Telephone:  (949) 387-4300
4  Facsimile:   (800) 722-8196

5  Attorney for Plaintiff
6  KATHRYN L. MARTIN

7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  **KATHRYN L. MARTIN**                )
                                         )   Case No.: 10-CV-1705-JST (MLGx)
12         **Plaintiff,**                )
                                         )
13         vs.                           )   [PROPOSED] ORDER DENYING
                                         )   MOTION TO TRANSFER
14  **EXPERIAN INFORMATION**             )   VENUE PURSUANT TO 28 U.S.C.
    **SOLUTIONS, INC.**                  )   § 1404(a)
15                                       )
                                         )
16         **Defendant.**                )
                                         )
17  _____      )

18
           This matter, having come before the Court upon Motion by Experian
19
    Information Solutions, Inc. to Transfer Venue, and the Court having heard all
20

21  argument for and against the Motion, it is this ___ day of _____, 2011,

22
    ORDERED that the motion is DENIED in its entirety.
23

24

25
                                    By: _____
26                                  Hon. Josephine Stanton Tucker
                                    United States District Judge
27

28
    IRI-17509v1