1  William J. Wall (State Bar No. 203970)
   wwall@wall-law.com
2  THE WALL LAW OFFICE
   9900 Research Drive
3  Irvine, CA  92618
   Telephone:  (949) 387-4300
4  Facsimile:   (800) 722-8196

5  Attorney for Plaintiff
6  KATHRYN L. MARTIN

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHRYN L. MARTIN** | ) |
| **Plaintiff,** | ) Case No.: 10-CV-1705-JST (MLGx) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | ) |
| **Defendant.** | ) |

## **CERTIFICATE OF SERVICE**

I, Gabriela Oceguera, declare I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 9900 Research Drive, Irvine, California  92618.  On **March 14, 2011**, I served, by electronic transmission, a copy of:

**PLAINTIFF KATHRYN L. MARTIN'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

**CERTIFICATE OF SERVICE**

**[PROPOSED] ORDER**

IRI-17509v1

1    I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

>   Eric J. Hardeman, Esquire
>   ejhardeman@jonesday.com
>   Jones Day
>   3161 Michelson Drive, Suite 800
>   Irvine, CA  92612
>   T: (949) 851-3939
>   F: (949) 553-7539

Executed on **March 14, 2011**, at Irvine, California.

  */s/ Gabriela Oceguera*
  GABRIELA OCEGUERA